No. 83–6738.  WILSON v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 83–6741.  DOTSON v. PUBLIC UTILITIES COMMISSION ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 83–6742.  CASTRO v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF BANCO CREDITO Y AHORRA PONCENO, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 83–6749.  NELSON v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 83–6751.  ANTONELLI v. DOYLE ET AL.  C. A. 7th Cir. Certiorari denied.

No. 83–6752.  HOSKINS v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 83–6753.  HUMBLES v. LOUISIANA, THROUGH THE DEPARTMENT OF HEALTH AND HUMAN RESOURCES, DIVISION OF SUBSTANCE ABUSE.  C. A. 5th Cir.  Certiorari denied.

No. 83–6755.  OLIVER v. ROCKWELL.  C. A. 3d Cir.  Certiorari denied.

No. 83–6756.  PORTER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 83–6761.  MOORE ET AL. v. SMITH, ATTORNEY GENERAL, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 83–6765.  BACON v. DEROBERTIS, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 83–6767.  LOWE v. MASSACHUSETTS.  Sup. Jud. Ct. Mass. Certiorari denied.

No. 83–6770.  HARRIS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.